SCOTT N. SCHOOLS (SC Bar No. 9990)
United States Attorney
JOANN M. SWANSON (CA Bar No. 88143)
Chief, Civil Division
SARA WINSLOW (DC Bar No. 457643)
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6925
   Facsimile: (415) 436-6748
   sara.winslow@usdoj.gov

FILED
MAY 25 PM 2: 33
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

C 07 2763 EDL

ELAINE L. CHAO,
Secretary of Labor,
United States Department of Labor,

        Plaintiff,

        v.

LOCAL 10, INTERNATIONAL LONGSHORE
AND WAREHOUSE UNION,

        Defendant.

)
)
)
)
) COMPLAINT FOR VIOLATION
) OF TITLE IV OF THE LABOR-
) MANAGEMENT REPORTING
) AND DISCLOSURE ACT OF 1959,
) 29 U.S.C. § 482
)
)
)
)
)
)
)

Plaintiff Elaine L. Chao, Secretary of Labor, alleges as follows:

**NATURE OF THE ACTION**

1. This action is brought under Title IV of the Labor-Management Reporting and Disclosure Act of 1959, 29 U.S.C. §§ 401, et seq. (the Act), for a judgment declaring that the December 8, 2006 election of union officers conducted by Local 10, International Longshore and Warehouse Union (Defendant), for the offices of Vice President, two Business Agents,

COMPLAINT, No. C-_____

1

thirty-five Executive Board, and ten Caucus and Convention delegates is void, and directing the Defendant to conduct a new election, including nominations, for these offices under the Plaintiff's supervision, and for other appropriate relief.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1345, and 29 U.S.C. § 482(b).

3. Venue lies in this district pursuant to 28 U.S.C. § 1391(b) and 29 U.S.C. § 482(b).

## INTRADISTRICT ASSIGNMENT

4. The events giving rise to Plaintiff's claims occurred in substantial part in San Francisco County.

## PARTIES

5. Plaintiff, Elaine L. Chao, is the duly appointed Secretary of Labor, United States Department of Labor. Plaintiff is authorized to bring this action pursuant to Section 402(b) of Title IV of the Act of 1959, 29 U.S.C. § 482(b).

6. Defendant is an unincorporated association residing in the County of San Francisco, California, within the Northern District of California.

## FACTUAL ALLEGATIONS

7. Defendant is, and at all times relevant to this action has been, a local labor organization engaged in an industry affecting commerce within the meaning of Sections 3(i), 3(j), and 401(b) of the Act, 29 U.S.C. §§ 402(i), 402(j), and 481(b).

COMPLAINT, No. C-_____

8. Defendant, purporting to act pursuant to its bylaws, conducted its annual election on November 10, 2006 and December 8, 2006 (referred to herein as the December 8, 2006 election). The election was subject to the provisions of Title IV of the Act, 29 U.S.C. §§ 481-483.

9. By letter dated October 23, 2006, to Odra Dunn (Complainant), a member in good standing of the Defendant, the Defendant notified the Complainant that he was ineligible to run for office. Defendant had no exclusive pre-election protest procedure in place. By letter dated November 10, 2006, to the Defendant, the Complainant challenged the Defendant's decision to remove his name from the ballot. By letter dated November 10, 2006, Defendant denied Complainant's protest. Complainant appealed the Defendant's decision to the International President on January 3, 2007. The International President denied Complainant's appeal by letter dated January 16, 2007. Complainant appealed to the International Executive Board on February 12, 2007.

10. Having invoked the remedies available for three calendar months without receiving a final decision within three calendar months after invoking his union remedies on November 10, 2006, the Complainant, pursuant to Section 482(a)(2) of the LMRDA, 29 U.S.C. § 402(a)(2), filed, pursuant to Section 402(a)(2) of the Act, 29 U.S.C. § 482(a)(2), a timely complaint within the one calendar month, received by the Secretary on March 5, 2007. On April 5, 2007, Defendant agreed to extend the time for filing suit under 29 U.S.C. § 482 to May 25, 2007.

11. Pursuant to Section 601 of the Act, 29 U.S.C. § 521, and in accordance with Section 402(b) of the Act, 29 U.S.C. § 482(b), Plaintiff investigated the complaint and, as a

COMPLAINT, No. C-_____

3

result of the facts shown by her investigation, found probable cause to believe that a violation of Title IV of the Act, 29 U.S.C. §§ 481-483, had occurred in the conduct of the Defendant's December 8, 2006 election and that the violation had not been remedied at the time of the institution of this action.

12. Defendant violated Section 401(e) of the Act, 29 U.S.C. § 481(e), during the conduct of its aforesaid election in that members in good standing were denied the right to be candidates and to hold office by an unreasonable eligibility requirement, one requiring continuous good standing for one year prior to the presentation of a nominating petition, where no such requirement was contained in the local's constitution or bylaws, or the International Constitution or any duly enacted union rule.

13. The violation of Section 401(e) of the Act, 29 U.S.C. § 481(e), found and alleged above may have affected the outcome of the Defendant's December 8, 2007, election for the offices of Vice President, Business Agents, Executive Board members, and Caucus and Convention delegates.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment:

(A) declaring the Defendant's December 8, 2006 election for the offices of Vice President, Business Agents, Executive Board members, and Caucus and Convention delegates to be null and void;

(B) directing Defendant to conduct a new election, with new nominations, for those offices, under the supervision of the Plaintiff;

//

COMPLAINT, No. C-_____

(C) for the costs of this action; and

(D) for such other relief as may be appropriate.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

*/s/ Sara Winslow*
SARA WINSLOW
Assistant United States Attorney

Attorneys for Plaintiff

Of Counsel:

U.S. Department of Labor

JONATHAN L. SNARE
Acting Solicitor of Labor

KATHERINE E. BISSELL
Associate Solicitor

LAWRENCE BREWSTER
Regional Solicitor

ALEXANDRA TSIROS
Counsel for Legal Advice

SHIREEN M. McQUADE
Attorney

COMPLAINT, No. C-_____

5