```
SCOTT N. SCHOOLS (SC Bar No. 9990)
United States Attorney
JOANN M. SWANSON (CA Bar No. 88143)
Chief, Civil Division
SARA WINSLOW (DC Bar No. 457643)
Assistant United States Attorney
     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
     Telephone: (415) 436-6925
     Facsimile: (415) 436-6748
     sara.winslow@usdoj.gov
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ELAINE L. CHAO, <br> Secretary of Labor, <br> United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> LOCAL 10, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, <br><br> Defendant. | No. 07-~~2673~~ 2763 EDL <br><br> **MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE CASE MANAGEMENT DATES; [~~PROPOSED~~] ORDER** AS MODIFIED |

    PLEASE TAKE NOTICE that under Civil Local Rule 7-11, Plaintiff, Elaine L. Chao, hereby moves the Court for an order extending the case management dates in the above-captioned case by eight weeks.

    The case management order issued on May 25, 2007 sets today, August 7, 2007, as the last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan; and to file a joint ADR certification. The case management

order also sets the initial case management conference for August 28, 2007 and sets August 21, 2007 as the last day to file the joint case management statement.

This action was filed on May 25, 2007, but has not yet been served on Defendant. The undersigned government counsel has been in contact with counsel for Defendant regarding service, and anticipates that service will occur within approximately one week. Because Defendant has not yet been served, it is not possible for Defendant to participate in the case management events with deadlines of today, August 7, 2007. Due to the delay in service, it will also be difficult for Defendant to fully participate in a joint case management statement and initial case management conference later this month.

Accordingly, Plaintiff seeks an eight-week extension of all of the case management dates in order to effect service on Defendant and permit both parties to fully participate in the case management events. A new schedule with these extensions is set out in the accompanying Proposed Order. The undersigned government counsel has notified counsel for the Defendant that Plaintiff is filing this motion, and will provide a copy of this motion to counsel for the Defendant by e-mail today, and by hard copy with service of the complaint.

August 7, 2007                              Respectfully submitted,

                                            SCOTT N. SCHOOLS
                                            United States Attorney

                                            __/s/_____
                                            SARA WINSLOW
                                            Assistant United States Attorney

                                            Attorneys for Plaintiff

MOTION FOR ADMIN. RELIEF
No. C 07-2763 EDL

2

|   |   |
|---|---|
| 1 | Of Counsel: |
| 2 | U.S. Department of Labor |
| 3 | |
| 4 | JONATHAN L. SNARE<br>Acting Solicitor of Labor |
| 5 | |
| 6 | KATHERINE E. BISSELL<br>Associate Solicitor |
| 7 | |
| 8 | LAWRENCE BREWSTER<br>Regional Solicitor |
| 9 | ALEXANDRA TSIROS |
| 10 | Counsel for Legal Advice |
| 11 | SHIREEN M. McQUADE<br>Attorney |
| 12 | |

### [~~PROPOSED~~] ORDER

For good cause shown, the Court grants Plaintiff's Motion for Administrative Relief and re-sets the case management schedule as follows:

10/2/07     Last day to:
          --    meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan
          --    file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference

10/16/07    Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement

10/23/07    INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Ctrm E, 15th Floor, SF at ~~10:00 AM~~   3:00 PM

IT IS SO ORDERED.

Dated   August 13, 2007
       _____

[Stamp: IT IS SO ORDERED AS MODIFIED / Judge Elizabeth D. Laporte / United States District Court, Northern District of California]

MOTION FOR ADMIN. RELIEF

No. C 07-2763 EDL

3