SCOTT N. SCHOOLS (SC Bar No. 9990)
United States Attorney
JOANN M. SWANSON (CA Bar No. 88143)
Chief, Civil Division
SARA WINSLOW (DC Bar No. 457643)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6925
    Facsimile: (415) 436-6748
    sara.winslow@usdoj.gov

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> LOCAL 10, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, <br><br> Defendant. | No. 07-2763 EDL <br><br> **PROOF OF SERVICE** |

    Plaintiff, the Secretary of Labor, hereby files the waiver of service of summons (attached hereto as Exhibit 1) by Beth Ross, Esq., attorney for Defendant Local 10, International Longshore and Warehouse Union, acknowledging service upon Defendant of the complaint and related materials in this case and waiving service of a summons.

PROOF OF SERVICE, No. C 07-2763 EDL

1

September 14, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

__/s/_____
SARA WINSLOW
Assistant United States Attorney

Attorneys for Plaintiff

PROOF OF SERVICE, No. C 07-2763 EDL

2

# EXHIBIT 1

# WAIVER OF SERVICE OF SUMMONS

TO:  Scott N. Schools, United States Attorney, Attorney for Plaintiff Elaine L. Chao
ATTN: SARA WINSLOW, AUSA

I acknowledge receipt of your request that I waive service of a summons in the action of **Elaine L. Chao v. Local, 10, International Longshore and Warehouse Union,** which is case number **07-2673 EDL** in the United States District Court for the Northern District of California. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me (postage paid envelope), **the Dispute Resolution Procedures, Order Setting Initial Case Management Conference, Order Continuing Case Management Dates, Notice of Availability of Magistrate Judge to Exercise Jurisdiction, and U.S. District Court's ECF Registration Information Handout.**

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **August 20, 2006**, or within 90 days after that date if the request was sent outside the United States.

Date _8/30/07_

Signature _[signed]_

Print name _Beth Ross, Attorney for Local 10_

As _attorney_ of _Defendant Local 10_

Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant who, after being notified of an action and asked to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or even its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must (within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons has been actually served when the request for waiver of service was received.