| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SC Bar No. 9990)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CA Bar No. 88143)<br>Chief, Civil Division |
| 3 | ISABELLA DEL SANTO (CA Bar No. 172782)<br>Special Assistant United States Attorney |
| 4 | |
| 5 | Office of the Solicitor<br>U.S. Department of Labor |
| 6 | 90 7th Street, Suite 3-700<br>San Francisco, CA 94103-1516 |
| 7 | Telephone: (415) 625-7749<br>Facsimile: (415) 625-7772 |
| 8 | delsanto.isabella@dol.gov |
| 9 | Attorneys for Plaintiff |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| ELAINE L. CHAO, Secretary of Labor,<br>United States Department of Labor, | ) ) ) | No. C 07-2673 EDL |
| Plaintiff, | ) ) | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| v. | ) ) | |
| LOCAL 10, INTERNATIONAL<br>LONGSHORE AND WAREHOUSE<br>UNION, | ) ) ) ) | |
| Defendant. | ) ) | |

TO THE COURT AND ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Plaintiff Secretary of Labor, United States Department of Labor, hereby substitutes Special Assistant United States Attorney Isabella M. Del Santo for Assistant United States Attorney Sara Winslow as counsel for Plaintiff in the above-referenced action. All future correspondence and pleadings to the Plaintiff should be

///

///

///

NOTICE OF SUBSTITUTION
No. C 07-2763 EDL

1

1  | directed to:
2  |         Isabella M. Del Santo
   |         Office of the Solicitor
3  |         U.S. Department of Labor
   |         90 Seventh Street, Suite 3-700
4  |         San Francisco, CA 94103-1516
   |         Telephone: (415) 625-7749
5  |         Facsimile: (415) 625-7772
6  |         delsanto.isabella@dol.gov
7  |
   |                                         Respectfully submitted,
8  |
9  | DATED:  September 18, 2007              SCOTT N. SCHOOLS
   |                                         United States Attorney
10 |
11 |
12 |                                         _____/s/_____
   |                                         ISABELLA M. DEL SANTO
13 |                                         Special Assistant United States Attorney
14 |                                         Attorneys for Plaintiff

NOTICE OF SUBSTITUTION
No. C 07-2763 EDL

2