SCOTT N. SCHOOLS (SC Bar No. 9990)
United States Attorney
JOANN M. SWANSON (CA Bar No. 88143)
Chief, Civil Division
ISABELLA DEL SANTO (CA Bar No. 172782)
Special Assistant United States Attorney

Office of the Solicitor
U.S. Department of Labor
90 7th Street, Suite 3-700
San Francisco, CA 94103-1516
Telephone: (415) 625-7749
Facsimile: (415) 625-7772
delsanto.isabella@dol.gov

Attorneys for Plaintiff
ELAINE L. CHAO, Secretary of Labor
U.S. Dept. of Labor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> LOCAL 10, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, <br><br> Defendant. | ACTION NO. C 07-2763 <br><br> **MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE CASE MANAGEMENT DATES; [PROPOSED] ORDER** |

PLEASE TAKE NOTICE that under Civil Local Rule 7-11, Plaintiff Elaine L. Chao hereby moves the Court for an order extending the case management dates in the above-captioned case by eight weeks.

The order on Plaintiff's prior motion for administrative relief issued on August 13, 2007, sets tomorrow, October 2, 2007, as the last day to meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan, and to file a joint ADR certification. That order also set the initial case management conference for

1  October 23, 2007, and set October 16, 2007 as the last day to file the joint case management statement.

This action was filed on May 25, 2007, and Defendant agreed to waive service of process on August 20, 2007. Defendant has not yet filed a response to the complaint because a response is not due until October 19, 2007. Since the Plaintiff is unaware of the nature of the defenses the Defendant will be raising in its response to the complaint, the parties are unable to have a meaningful meet and confer process at this time. Due to the fact that the Defendant has not yet appeared in this case, it will also be difficult for Defendant to fully participate in a joint case management statement and initial case management conference later this month. Furthermore, Plaintiff's Motion to Consider Whether Cases Should Be Related has been filed in Case No. C 06-4668 VRW and a ruling on the motion is pending at this time.

Accordingly, Plaintiff seeks an eight-week extension of all of the case management dates in order to obtain Defendant's response to the complaint and give both parties an opportunity to fully participate in the case management events. A new schedule with these extensions is set out in the accompanying Proposed Order. The undersigned Plaintiff's counsel has notified counsel for Defendant of the filing of this motion and that a copy of this motion will be provided to counsel for the Defendant by e-mail today and by regular mail.

Respectfully submitted,

DATED: October 1, 2007

SCOTT N. SCHOOLS
United States Attorney


/s/
ISABELLA M. DEL SANTO
Special Assistant United States Attorney
Attorneys for Plaintiff

[PROPOSED] ORDER

For good cause shown, the Court grants Plaintiff's Motion for Administrative Relief and re-sets the case management schedule as follows:

11/6/2007  Last day to:
-- meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan
-- file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference

11/19/07  Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement

11/26/07  INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Ctrm E, 15th Floor, SF at 10:00 AM

IT IS SO ORDERED.

Dated:_____

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge