1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELAINE L. CHAO ,

           Plaintiff(s),

          v.

LOCAL 10, INTERNATIONAL
LONGSHORE & WAREHOUSE
UNION ,

          Defendant(s).
_____/

Case No. C 07-2763  VRW
Related to C06-4668 VRW


CLERK'S NOTICE

     This action having been reassigned to Judge Vaughn R Walker;

     YOU ARE HEREBY NOTIFIED THAT a Case Management Conference has been scheduled for **Thursday,  December 13, 2007 at 3:30 p.m.** before the Honorable Vaughn R Walker.

Copies of the Local Rules, Standing Orders, the Court's  weekly calendar and available motion hearing dates  may be downloaded from the district courts Internet site:

http://www.cand.uscourts.gov . A link to the  page may be found on the Court's home page.

Please report to Courtroom  no. 6, 17th floor, United  States  District Courthouse, 450 Golden Gate Avenue, San Francisco, California.

Dated: October 5, 2007

By: _Cora Klein_

     Cora Klein, Courtroom Deputy Clerk to

     Chief  Judge Vaughn R Walker

**(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Certificate of Service)**

attachments                                                1