UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>LOCAL 10, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,<br><br>Defendant. | No. C 07-2763 VRW<br><br>**SETTLEMENT STIPULATION AND PROPOSED ORDER** |

WHEREAS, the Secretary filed this action on May 25, 2007 under Title IV of the Labor-Management Reporting and Disclosure Act of 1959, 29 U.S.C. §§ 481 et seq. (hereinafter "the Act"), seeking an order declaring to void the results of Local 10's December 2006 regularly scheduled election for the offices of Vice President, Business Agents, Executive Board members, and Caucus and Convention delegates, and further seeking an order directing Local 10 to conduct a new election, including nominations, for those offices under the supervision of the Secretary; and

WHEREAS, the Secretary contends that Local 10 violated the candidate eligibility provision of the Act, 29 U.S.C. § 481(e), during the conduct of its December 2006 election, by applying a candidacy qualification not contained in its constitution, bylaws or any duly enacted rule;

WHEREAS, Local 10 contends that it did not violate the candidate eligibility provision of the Act, 29 U.S.C. § 481(e), during the conduct of its December 2006 election, by applying a candidacy qualification not contained in its constitution, bylaws or any duly enacted rule;

WHEREAS, the parties to this action now wish to resolve this litigation fully and amicably without the necessity of further litigation;

1     IT IS HEREBY STIPULATED TO AND AGREED, by and between the parties to this
2 action, through their undersigned counsel, and IT IS HEREBY ORDERED AND ADJUDGED
3 that:
4     1.    The Secretary and Local 10 have entered into a Stipulation of Settlement for the
5 sole purpose of resolving this action and for no other purpose.
6     2.    The Secretary shall supervise a new election, with new nominations.  This
7 supervised election will occur simultaneously with the Secretary's supervised election of Local
8 10's December 2007 election of officers for the positions of Trustees and Executive Board
9 members, held pursuant to this Court's October 25, 2007, Order in the case Chao v. Longshore
10 Local 10, International Longshore and Warehouse Union, Civil Action No. 06-4668 VRW,
11 concerning Local 10's December 2005 election of officers.  Local 10 agrees to settle this suit by
12 holding one supervised election to resolve the issues surrounding both the December 2005 and
13 the December 2006 officer elections.  Consequently, the Secretary's supervision will encompass
14 the following LMRDA-covered offices, namely Vice President, two Business Agents, five
15 Trustees, thirty-five Executive Board members, and ten Caucus and Convention Delegates.
16 These positions include all offices affected in Local 10's 2005 and 2006 officer elections.
17     3.    The supervised election shall be conducted in accordance with Title IV of the Act
18 (29 U.S.C. §§ 481 et seq.) and, insofar as is lawful and practicable, in accordance with Local 10's
19 Constitution and the Constitution of the International Longshore and Warehouse Union
20 ("International"). The winner of the supervised election shall serve the remainder of the term of
21 office as specified in the Local 10 Constitution.
22     4.    All decisions as to the interpretation or application of Title IV of the Act and the
23 Local 10 Constitution and International Constitution solely as to the conduct of the supervised
24 election for the offices of Vice President, two Business Agents, five Trustees, thirty-five
25 Executive Board members, and ten Caucus and Convention are to be made by the Secretary or
26 her representative.  Such decisions shall be final, unless and until any such decision is, on
27 application of Local 10, set aside by the Court.
28     5.    Because of the immediacy of Local 10's contract caucus scheduled for January 28,
2008, the Secretary agrees to install the duly elected officers immediately after the tally of the

1 primary election or, for positions where a runoff election is required, immediately after the
2 runoff election. If the Secretary's supervision of Local 10's election cannot be completed before
3 the end of the current one-year term established in the Local 10 Constitution, the current officers
4 and delegates will remain in office until the supervised election is completed. The winners of the
5 supervised election shall serve the remainder of the term of office as specified in the Local 10
6 Constitution.

   6.   The Court shall retain jurisdiction of this action following the entry of this Order. After completion of the election specified in paragraph 2 above, the Secretary shall certify to the Court the names of those elected in said election, and she shall further certify that such election was conducted in accordance with Title IV of the Act and with the provisions of Local 10's Constitution and the International Constitution to the extent lawful and practicable. Upon the Court's receipt and approval of such certification, it shall enter a final judgment declaring that such persons have been elected, as shown by such certification, to serve the remainder of the one-year term of office. Such judgment shall further provide that each party will bear its own fees and expenses incurred by such party in connection with any stage of this proceeding.

   7. Local 10 agrees to waive appeal of the November 5, 2007, judgment in Chao v. Local 10, International Longshore and Warehouse Union, Civil Action No. 06-4668 VRW.

IT IS SO ORDERED.

                                          _____
                                          HON. VAUGHN R. WALKER
                                          UNITED STATES DISTRICT JUDGE

//
//
//
//
//

1  Entry Stipulated and Consented to:

2                                                              SCOTT N. SCHOOLS
3                                                              United States Attorney

4   /s/ Beth A. Ross                                           /s/ David M. Kahn for Isabella Del Santo
BETH A. ROSS                                                   ISABELLA M. DEL SANTO
5  Leonard Carder, LLP                                         Special Assistant United States Attorney
6  1188 Franklin Street, Suite 201
San Francisco, CA  94109                                       Attorneys for Plaintiff
7                                                              Elaine L. Chao, Secretary of Labor,
Attorney for Defendant                                         U.S. Department of Labor
8  International Longshore and Warehouse
9  Union, Local 10

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28