UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, | ) No. C 07-2763 VRW ) ) |
| Plaintiff, | ) ) |
| v. | ) **STIPULATION AND ~~PROPOSED~~** ) **ORDER TO VACATE CASE** |
| LOCAL 10, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, | ) **MANAGEMENT CONFERENCE** ) ) |
| Defendant. | ) ) |

Now Come Plaintiff, **ELAINE L. CHAO**, Secretary of Labor, United States Department of Labor, and Defendant, **LOCAL 10, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION**, and hereby file this stipulation to vacate from the Court's calendar the Case Management Conference currently scheduled for December 13, 2007. The parties state as follows:

1. The court has currently scheduled a Case Management Conference in this case for December 13, 2007, with a case management conference statement due December 6, 2007.

2. On November 27, 2007, the parties filed a Settlement Stipulation and Proposed Order ("Settlement Stipulation") to fully resolve this case.

3. Should the Court approve the filed Settlement Stipulation, then the Case Management Conference will be unnecessary.

4. Either party may later move for reinstatement of a Case Management Conference should they believe it necessary.

//

For the above-stated reasons, the parties stipulate to vacating the Case Management Conference from the Court's Calendar.

IT IS SO ORDERED.

**GRANTED**
Judge Vaughn R Walker

_____
HON. VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

Entry Stipulated and Consented to:

|  |  |
|---|---|
|  | SCOTT N. SCHOOLS |
|  | United States Attorney |
| /s/ Beth A. Ross | /s/ David M. Kahn for Isabella Del Santo |
| BETH A. ROSS | ISABELLA M. DEL SANTO |
| Leonard Carder, LLP | Special Assistant United States Attorney |
| 1188 Franklin Street, Suite 201 |  |
| San Francisco, CA 94109 | Attorneys for Plaintiff |
|  | Elaine L. Chao, Secretary of Labor, |
| Attorney for Defendant | U.S. Department of Labor |
| International Longshore and Warehouse Union, Local 10 |  |