1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  ISABELLA M. DEL SANTO (CSBN 172782)
   Special Assistant United States Attorney
4
5      Office of the Solicitor
       U.S. Department of Labor
6      90 Seventh Street, Suite 3-700
       San Francisco, CA 94103-1516
7      Telephone: (415) 625-7749
       Facsimile: (415) 625-7772
8      delsanto.isabella@dol.gov

9  Attorneys for Plaintiff

10            UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13  ELAINE L. CHAO, Secretary of Labor,    )    No.  07-2763  VRW
    U.S. Department of Labor,               )
14                                          )    **NOTICE OF FILING
            Plaintiff,                      )    CERTIFICATION OF
15                                          )    ELECTION & DECLARATION
       v.                                   )    OF PATRICIA FOX;
16                                          )    [PROPOSED] JUDGMENT**
    LOCAL 10, INTERNATIONAL                 )
17  LONGSHORE AND WAREHOUSE                 )
    UNION,                                  )
18                                          )
            Defendant.                      )
19  _____       )

20        Plaintiff, the Secretary of Labor, hereby gives notice that she is today filing a

21  Certification of Election and accompanying Declaration of Patricia Fox in the above-captioned

22  case, in order to notify the Court and the Defendant of the outcome of the supervised election

23  held in accordance with the settlement agreement in the above-captioned case (Dkt. No. 13) and

24  the Court's November 5, 2007 Judgment (Dkt. No. 43) in related case no. 06-4668.  The

25  Certification of Election and Fox Declaration are also being filed in case no. 06-4668.  As no

26  ///

27  ///

28

NOTICE OF FILING; [PROPOSED] JUDGMENT
C 07-2763 VRW                                                        PAGE 1

1  judgment has yet been entered in the present case, Plaintiff is also submitting a proposed

2  judgment in this case.

3

4                                                    Respectfully submitted,

5                                                    JOSEPH P. RUSSONIELLO
                                                     United States Attorney

6

7  DATED:  April 9, 2008               By:    _____/s/_____
                                                     ISABELLA M. DEL SANTO
8                                                    Special Assistant United States Attorney

9
                                    **[PROPOSED] JUDGMENT**
10

11      In light of the Certification of Election filed by Plaintiff, JUDGMENT IS HEREBY

12  ENTERED in accordance with the Settlement Stipulation and Order entered on December 7,

13  2007.  IT IS SO ORDERED.

14

15  DATED: _____            _____

16                                                   HONORABLE VAUGHN R. WALKER
                                                     CHIEF JUDGE
17

18

19

20

21

22

23

24

25

26

27

28