JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ISABELLA M. DEL SANTO (CSBN 172782)
Special Assistant United States Attorney

Office of the Solicitor
U.S. Department of Labor
90 Seventh Street, Suite 3-700
San Francisco, CA 94103-1516
Telephone: (415) 625-7749
Facsimile: (415) 625-7772
delsanto.isabella@dol.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor,<br>United States Department of Labor,<br><br>        Plaintiff,<br><br>      v.<br><br>LOCAL 10, INTERNATIONAL LONGSHORE<br>AND WAREHOUSE UNION,<br><br>        Defendant. | No.  C-07-2763 VRW<br><br><u>CERTIFICATION OF ELECTION</u> |

      The election having been conducted in the above matter under the supervision of the Secretary of

Labor, United States Department of Labor, pursuant to a court order issued October 24, 2007 and a

settlement order dated December 7, 2007, in the United States District Court for the Northern District of

California, San Francisco Division, in accordance with the provisions of Title IV of the Labor-

Management Reporting and Disclosure Act of 1959 (29 U.S.C. §§ 481 et seq.) and in conformity with the

Constitution and Bylaws of the defendant labor organization, insofar as lawful and practicable. Having received two pre-election complaints that were investigated and resolved concerning the conduct thereof, therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidates have been duly elected to the offices designated:

| | |
|---|---|
| Harold Brinkley | Vice President |
| Trent Willis | Business Agent |
| Frank Gaskin | Business Agent |
| Clarence Thomas | Trustee |
| Aaron Wright | Trustee |
| Lawrence Thibeaux | Trustee |
| Bryant Geter | Trustee |
| Norman Babin | Trustee |
| Michael Villeggiante | Executive Board |
| Frank Gaskin | Executive Board |
| Henry Pellom | Executive Board |
| George Galarza Jr. | Executive Board |
| Steve Fyten | Executive Board |
| Byron Moore | Executive Board |
| Trent Willis | Executive Board |
| Lonnie Francis | Executive Board |
| Jack Heyman | Executive Board |
| Clarence Thomas | Executive Board |
| David Nelson | Executive Board |

| | | |
|---|---|---|
| 1 | Lawrence Thibeaux | Executive Board |
| 2 | James Blackwell | Executive Board |
| 3 | Keith Hamilton | Executive Board |
| 4 | Lamont Kelly | Executive Board |
| 5 | Eric Villeggiante | Executive Board |
| 6 | David Loville | Executive Board |
| 7 | Vanetta Hamlin | Executive Board |
| 8 | Deadre Whitten | Executive Board |
| 9 | Victor Brooks | Executive Board |
| 10 | Gregory V Brown | Executive Board |
| 11 | Chris Cadelago | Executive Board |
| 12 | Jim Green | Executive Board |
| 13 | Ed Henderson | Executive Board |
| 14 | Shundra Brumfield | Executive Board |
| 15 | B. Allah | Executive Board |
| 16 | Jon Tuttle | Executive Board |
| 17 | Brenda Beasley | Executive Board |
| 18 | Kevin Wilson | Executive Board |
| 19 | Jason McDaniel | Executive Board |
| 20 | Kevin Conway | Executive Board |
| 21 | Bob Christiansen | Executive Board |
| 22 | Trevyn McCoy | Executive Board |
| 23 | Chauncie Howard | Executive Board |
| 24 | Justin Clark | Executive Board |
| 25 | George Galarza | Caucus & Convention Delegate |

| | |
|---|---|
| Melvin Mackay | Caucus & Convention Delegate |
| Trent Willis | Caucus & Convention Delegate |
| Michael Villeggiante | Caucus & Convention Delegate |
| Tommy Clark | Caucus & Convention Delegate |
| John Castanho | Caucus & Convention Delegate |
| Frank Gaskin | Caucus & Convention Delegate |
| Steve Fyten | Caucus & Convention Delegate |
| Dave Gonzales | Caucus & Convention Delegate |
| Clarence Thomas | Caucus & Convention Delegate |

Attached herewith is a Declaration setting forth the protest concerning a violation, which was alleged to occur during the conduct of the election and the finding of any investigation of the protest.

Signed this _1st_ day of _April_, 2008

_Patricia Fox_

Patricia Fox, Acting Chief
Division of Enforcement
Office of Labor-Management Standards
Employment Standards Administration
United States Department of Labor

4