JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ISABELLA M. DEL SANTO (CSBN 172782)
Special Assistant United States Attorney

    Office of the Solicitor
    U.S. Department of Labor
    90 Seventh Street, Suite 3-700
    San Francisco, CA 94103-1516
    Telephone: (415) 625-7749
    Facsimile: (415) 625-7772
    delsanto.isabella@dol.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, U.S. Department of Labor,<br><br>    Plaintiff,<br><br> v.<br><br>LOCAL 10, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,<br><br>    Defendant. | No. 07-2763 VRW<br><br>**NOTICE OF FILING CERTIFICATION OF ELECTION & DECLARATION OF PATRICIA FOX;** [PROPOSED] **JUDGMENT** |

    Plaintiff, the Secretary of Labor, hereby gives notice that she is today filing a Certification of Election and accompanying Declaration of Patricia Fox in the above-captioned case, in order to notify the Court and the Defendant of the outcome of the supervised election held in accordance with the settlement agreement in the above-captioned case (Dkt. No. 13) and the Court's November 5, 2007 Judgment (Dkt. No. 43) in related case no. 06-4668. The Certification of Election and Fox Declaration are also being filed in case no. 06-4668. As no

///

///

1  judgment has yet been entered in the present case, Plaintiff is also submitting a proposed
2  judgment in this case.

                                                    Respectfully submitted,

                                                    JOSEPH P. RUSSONIELLO
United States Attorney

DATED: April 9, 2008             By:      /s/
                                                  ISABELLA M. DEL SANTO
Special Assistant United States Attorney

## [~~PROPOSED~~] JUDGMENT

In light of the Certification of Election filed by Plaintiff, JUDGMENT IS HEREBY ENTERED in accordance with the Settlement Stipulation and Order entered on December 7, 2007. IT IS SO ORDERED.

DATED: __June 11, 2008____

                                      HONORABLE VAUGHN R. WALKER

*IT IS SO ORDERED*
*Judge Vaughn R Walker*
(United States District Court, Northern District of California seal)